

Erik P. Pramschufer
Phone: (212) 980-7216
Fax: (212) 980-7291
erik.pramschufer@saul.com
www.saul.com

September 10, 2024

**VIA ECF**

Hon. Taryn A. Merkl, U.S.M.J.
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      RE:    **Pierre v. Charmkao Inc., et al. (No. 1:24-cv-1614-ENV-TAM)**
              **Status Update Following Mediation and Request to Stay Proceedings**

Dear Judge Merkl:

      This law firm represents Defendant JM Hoyt, LLC ("JM Hoyt") in the above-referenced matter. Plaintiff and JM Hoyt participated in mediation on Thursday, September 5, 2024, with mediator Barry Gold of Davis Wright Tremaine LLP. Defendant Charmkao, Inc. did not participate in the mediation.

      Plaintiff and JM Hoyt were successful in reaching a resolution in principle, and are currently in the process of reducing their settlement to a written agreement. There remain some minor matters that the parties need to resolve before it would be appropriate to represent that a complete settlement has been reached. However, all parties are confident that a final settlement agreement will be reached and executed promptly.

      Bearing in mind the parties' settlement in principle, Plaintiff and JM Hoyt respectfully request that the Court extend all current deadlines in this action by a period of thirty (30) days, during which time the parties anticipate they will file a Stipulation of Dismissal or other appropriate paper to effectuate the resolution of this case.[1]

---

[1] The parties respectfully request that the Court not issue a "30-day Order" at this time. The settlement has certain obligations that cannot be completed within 30 days, and the parties are still cooperatively discussing the best way procedurally to request the dismissal of this action, while at the same time preserving Plaintiff's rights and giving JM Hoyt time to satisfy its agreed to obligations.

1270 Avenue of the Americas, Suite 2800 ♦ New York, NY 10020 ♦ Phone: (212) 980-7200 ♦ Fax: (212) 980-7292

CALIFORNIA   DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   MINNESOTA   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

52997767.1

Hon. Taryn A. Merkl
September 10, 2024
Page 2

Thank you for your time and attention to this request.

                                                 Respectfully submitted,

                                                 */s/ Erik P. Pramschufer*

                                                 Erik P. Pramschufer

cc:     All counsel of record (via ECF)
         Barry Gold, *Mediator* (via e-mail)