UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOCELYN PIERRE,<br><br>      Plaintiff,<br><br>v.<br><br>CHARMKAO INC, and JM HOYT, LLC,<br><br>      Defendants. | Case No. 1:24-cv-01614-ENV-TAM<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

  Plaintiff Jocelyn Pierre and Defendant JM Hoyt, LLC, through their respective undersigned counsel, stipulate that this action shall be immediately dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party bearing their own costs and fees, except as otherwise privately agreed between the parties.


| THE MARKS LAW FIRM, PC | SAUL EWING LLP |
|---|---|
| By: __/s/ Darren R. Marks__<br>Darren R. Marks<br>155 E 55th Street, Suite 4H<br>New York, NY 10002<br>(646) 960-7820<br>darren@markslawpc.com | By: __/s/ Erik P. Pramschufer__<br>Erik P. Pramschufer<br>1270 Avenue of the Americas, Suite 2800<br>New York, NY 10020<br>(212) 980-7216<br>erik.pramschufer@saul.com |
| *Attorney for Plaintiff Jocelyn Pierre* | *Attorney for Defendant JM Hoyt, LLC* |
| Dated: September 24, 2024 | Dated: September 18, 2024 |