UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JOCELYN PIERRE,

        Plaintiff,

v.

CHARMKAO INC, and JM HOYT, LLC,

        Defendants.

Case No. 1:24-cv-01614-ENV-TAM

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Jocelyn Pierre and Defendant JM Hoyt, LLC, through their respective undersigned counsel, stipulate that this action shall be immediately dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party bearing their own costs and fees, except as otherwise privately agreed between the parties.

**THE CLERK IS DIRECTED TO CLOSE THIS CASE**

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 10/24/2024

/s/Eric N. Vitaliano
_____
Eric N. Vitaliano
United States District Judge

THE MARKS LAW FIRM, PC

By: _____
Darren R. Marks
155 E 55th Street, Suite 4H
New York, NY 10002
(646) 960-7820
darren@markslawpc.com

*Attorney for Plaintiff Jocelyn Pierre*

Dated: September 24, 2024

SAUL EWING LLP

By: _____
Erik P. Pramschufer
1270 Avenue of the Americas, Suite 2800
New York, NY 10020
(212) 980-7216
erik.pramschufer@saul.com

*Attorney for Defendant JM Hoyt, LLC*

Dated: September 18, 2024